**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| **IN RE:** | **FILE NO:** DK 13-05878 |
| Terry & Lorinda Emelander, | **CHAPTER 13** |
| | **HON.** Scott W. Dales |
|          Debtors. | Filed: 7/23/13 |
| _____/ | |

### 1st POST-CONFIRMATION AMENDMENT

NOW COME the Debtors, Terry and Lorinda Emelander and hereby amend their Chapter 13 Plan as follows:

1. Debtors have had some serious health issues which caused them to fall behind on their payments. The health issues are resolved and Debtors are now able to make regular payments but not increase their payment to catch up on the arrearages to the plan.

2. All arrearages to the plan that have accrued through Sept 1, 2015, approximately $17,500.00, will be forgiven.

**In all other respects the Debtors' Chapter 13 plan** remains unchanged.

Dated: 9/10/15       /s/ Terry Emelander
                     Terry Emelander, Debtor

Dated: 9/10/15       /s/ Lorinda Emelander
                     Lorinda Emelander

Dated: 9/10/15       /s/ Kerry D. Hettinger
                     Kerry  Hettinger(P53569)
                     Kerry Hettinger PLC
                     4341 S. Westnedge Ave
                     Suite 1202
                     Kalamazoo, Michigan 49008
                     269-344-0700