**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

```
IN RE:                              FILE NO: DK 13-05878
Terry & Lorinda Emelander,          CHAPTER 13
                                    HON. Scott W. Dales
            Debtors.                Filed: 7/23/13
_____/
```

### 2nd  POST-CONFIRMATION AMENDMENT

NOW COME the Debtors, Terry and Lorinda Emelander and hereby amend their Chapter 13 Plan as follows:

1. Debtors have had some serious health issues which caused them to fall behind on their payments. The health issues have been resolved such that Debtors are now able to make payments again.

2. Arrearages to the plan that have accrued between September 2015 through March 26, 2018, approximately $22,000.00, will be forgiven.

3. Debtors will reduce their monthly payments to $3300.00 for the remainder of the plan.

4. The base to unsecured creditors will be reduced to $100.00 or ACP whichever pays more.

In all other respects the Debtors' Chapter 13 plan remains unchanged.

```
Dated: 4/20/18              /s/ Terry Emelander
                            Terry Emelander, Debtor

Dated: 4/20/18              /s/ Lorinda Emelander
                            Lorinda Emelander

Dated: 4/20/18              /s/ Kerry D. Hettinger
                            Kerry  Hettinger(P53569)
                            Kerry Hettinger PLC
                            4341 S. Westnedge Ave
                            Suite 1202
                            Kalamazoo, Michigan 49008
                            269-344-0700
```